1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. OSTRANDER** | Case No. CIV-08-2850 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 27, 2009, to July 28, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid July 2009.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: May 27, 2009 | | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |

Attorney for Plaintiff

Dated: May 27, 2009

Lawrence G. Brown

Acting United States Attorney

*/s/ Mark Win* 
MARK WIN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  May 28, 2009.

_____
U.S. MAGISTRATE JUDGE