BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES L. OSTRANDER**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.   CIV-08-2850 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 28, 2009, to September 10, 2009 . This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule and vacation schedules.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: July 28, 2009                              /s/Bess M. Brewer
                                                    BESS M. BREWER
3                                                   Attorney at Law

4                                                   Attorney for Plaintiff

5

6
   Dated: July 28, 2009                             Lawrence G. Brown
7
                                                    Acting United States Attorney
8
                                                    /s/ Mark Win
9                                                   MARK WIN

                                                    Special Assistant U.S. Attorney
10                                                  Social Security Administration

11                                                  Attorney for Defendant

12

13                                                    **ORDER**

14 APPROVED AND SO ORDERED.

15 DATED: July 31, 2009.

16

17

18                                                  _____
                                                    U.S. MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

2