1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARK A. WIN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8980
      Facsimile:  (415) 744-0134
7     E-Mail: Mark.Win@ssa.gov

8  Attorneys for Defendant

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

13 JAMES L. OSTRANDER,  )
                         )  CIVIL NO. 2:08-CV-02850-KJM
14     Plaintiff,        )
                         )
15        v.             )  STIPULATION AND
                         )  ORDER TO EXTEND TIME
16 MICHAEL J. ASTRUE,    )
   Commissioner of       )
17 Social Security,      )
                         )
18     Defendant.        )
   _____)

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days, up to and including January 14, 2010, to respond to Plaintiffs's motion for summary judgment.  There is good cause for this extension, as Defendant's counsel was out of the office from December 4 through December 10, 2009 for an administrative evidentiary hearing that is ongoing and will require further travel during the week of December 14, 2009.

26 //

27 //

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 15, 2009 | /s/ *Bess M. Brewer* <br> (As authorized via telephone) <br> BESS M. BREWER <br> Attorney for Plaintiff |
| Dated: December 15, 2009 | BENJAMIN B. WAGNER <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
|   | /s/ *Mark A. Win* <br> MARK A. WIN <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

## ORDER

The parties' stipulation is approved; no further extensions will be granted.  SO ORDERED.

DATED:  December 16, 2009.

_____
U.S. MAGISTRATE JUDGE